IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| WILLIAM O PERKINS, III, | |
| Plaintiff, | CIV. NO. 3:17-cv-00025 |
| v. | |
| THE UNITED STATES VIRGIN ISLANDS, THE VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE, and THE VIRGIN ISLANDS DEPARTMENT OF FINANCE | |
| Defendants. | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

COME NOW Defendants, by and through undersigned counsel, and hereby moves this Court pursuant to Fed. R. Civ. P. 6(b) for an enlargement of time until July 24, 2017 to file a responsive pleading to Plaintiffs' Complaint.

RESPECTFULLY SUBMITTED,
CLAUDE E. WALKER, ESQ.
ATTORNEY GENERAL

**Dated**: June 19, 2017    BY:    /s/Hugh A. Greentree
HUGH A. GREENTREE, ESQ.
ASSISTANT ATTORNEY GENERAL
Department of Justice
Office of the Attorney General
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, USVI 00802
Phone: (340) 774-5666
Fax: (340) 776-3494
hugh.greentree@doj.vi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Alex Golubitsky
>Garvey Schubert Barer
>1191 Second Ave.
>18th Floor
>Seattle, WA 98101
>AGOLUBITSKY@gsblaw.com

*By:*  /s/ Hugh A. Greentree