IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| WILLIAM O PERKINS, III, | |
| Plaintiff, | CIV. NO. 3:17-cv-00025 |
| v. | |
| THE UNITED STATES VIRGIN ISLANDS, THE VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE, and THE VIRGIN ISLANDS DEPARTMENT OF FINANCE | |
| Defendants. | |

### DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

**COME NOW** Defendants, Government of the United States Virgin Islands and the Virgin Islands Bureau of Internal Revenue, by and through their undersigned counsel, and hereby move this Honorable Court for an order dismissing Plaintiff's Complaint, in its entirety, pursuant to Rules 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure.

The basis for this motion is more fully set forth in the attached Memorandum in Support of Defendants' Motion to Dismiss, to which the Court is respectfully referred.

Respectfully Submitted,

CLAUDE E. WALKER
ATTORNEY GENERAL

Dated: July 14, 2017

By: /s/ Hugh A. Greentree
HUGH A. GREENTREE
ASSISTANT ATTORNEY GENERAL
V.I. Department of Justice
Office of the Attorney General
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, U.S.V.I. 00802
Tel: (340) 774-5666
hugh.greentree@doj.vi.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of July, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Alex Golubitsky
>Garvey Schubert Barer
>1191 Second Ave.
>18th Floor
>Seattle, WA 98101
>AGOLUBITSKY@gsblaw.com

*By:*   /s/ Hugh A. Greentree